

**Gibson Wiley PLLC**
ATTORNEYS & COUNSELORS AT LAW

June 8, 2026

**Via CM/ECF**

Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals
Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130

> Re:   No. 26-20090
> *Robert Dedmon v. Shell Exploration & Production Company;*
> *Shell Trading Services Company*

**Unopposed Level 1 Request for 8-Day
Extension of Time to File Appellant's Brief;
First Extension Request**

Dear Mr. Cayce:

I write to request a level 1 extension of 8 days to file Appellant's Brief. Appellees Shell Exploration & Production Company and Shell Trading Services Company are unopposed to the requested extension.

The current deadline to file Appellant's Brief is June 8, 2026. The requested extended deadline to file Appellant's Brief is June 16, 2026. This is Appellant's first request for extension of time during this appeal.

The attorney primarily drafting the brief is David Wiley, who was out for a planned vacation for close to 12 days during the briefing period [May 20 afternoon through May 31 morning]. Lead counsel Amy Gibson was also out during the briefing period due to a teaching obligation for a Keenan Trial Institute Mediation course lasting 3 full days not including teaching preparation time [May 11-13]. Both David Wiley and Amy Gibson were out of state during the briefing period for about 4 days, including travel days, for an Employment Seminar at which Amy Gibson was also speaking [April 29 through May 2].

Mr. Lyle W. Cayce
June 8, 2026
Page 2 of 2


Please let us know if you need any further information from us. Thank you.

Sincerely,

*/s/ Amy Gibson*

Amy E. Gibson

**c: VIA CM/ECF**

Marlene C. Williams
marlene.williams@ogletree.com
Ogletree, Deakins,
Nash, Smoak & Stewart, P.C.
500 Dallas Street #3000
Houston, Texas 77002

*Counsel for Defendants-Appellees*
*Shell Exploration & Production Company*
*and Shell Trading Services Company*