Case No. 26-20090

# In the
# United States Court of Appeals
# for the Fifth Circuit

---

ROBERT DEDMON,
*Plaintiff–Appellant,*

v.

SHELL EXPLORATION & PRODUCTION COMPANY;
SHELL TRADING SERVICES COMPANY
*Defendants–Appellees,*

---

On Appeal from the United States District Court
for the Southern District of Texas, Houston Division
Civil Action No. 4:21–cv–03371

---

## UNOPPOSED MOTION OF APPELLANT ROBERT DEDMON
## TO FILE UNDER TEMPORARY SEAL

---

Amy E. Gibson
amy@gwfirm.com
David L. Wiley
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Counsel for Plaintiff-Appellant*
*Robert Dedmon*

The relief requested in this motion is unopposed. Plaintiff-Appellant Robert Dedmon seeks to file under temporary seal (1) the Brief of Appellant Robert Dedmon and (2) Records Excerpts of Appellant Robert Dedmon.

Dedmon requests this relief so that information the district court believed should be sealed will remain sealed until this Court decides whether or not to place those documents under permanent seal.

The district court expressed an intent to preserve the confidentiality of the mediation process with filings under seal, including the settlement agreement, communications with the mediator, and presumably specific information about the parties' settlement drafts. *See* ROA.1526-1527.

This is not a situation in which the information sought to be filed under seal is discrete or could be redacted. Information the trial court believed should be kept under seal appears throughout most or large portions of the (1) the Brief of Appellant Robert Dedmon and (2) Records Excerpts of Appellant Robert Dedmon.

The Brief of Appellant Robert Dedmon addresses the lack of authority for sealing. But Dedmon wishes to respect the orders and intent of the district court. If this Court

ultimately decides that sealing is not appropriate, these documents can be moved to

the public docket.

Respectfully submitted,

*s/ David L. Wiley*

_____

Amy E. Gibson
Texas Bar No. 00793801
amy@gwfirm.com

David L. Wiley
Texas Bar No. 24029901
david@gwfirm.com

Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923
T: (214) 522-2121
F: (214) 522-2126

*Counsel for Plaintiff-Appellant*
*Robert Dedmon*

## CERTIFICATE OF CONFERENCE

I certify that I personally conferred with Marlene Williams, Counsel for Defendants-Appellees, concerning the relief [sealing] requested in this motion. Ms. Williams advised that Defendants-Appellees are unopposed to sealing both (1) the Brief of Appellant Robert Dedmon and (2) Records Excerpts of Appellant Robert Dedmon.

*s/ Amy Gibson*

_____

Amy E. Gibson

## CERTIFICATE OF SERVICE

I certify that, on June 16, 2026, I filed the foregoing document with the Fifth Circuit Court of Appeals, through the CM/ECF Document Filing System, such that the foregoing document should be served on all parties through their counsel of record, who are registered CM/ECF users, as follows:

**Via CM/ECF**

Marlene C. Williams
Ogletree, Deakins,
Nash, Smoak & Stewart, P.C.
500 Dallas Street #3000
Houston, Texas 77002

*Counsel for Defendants-Appellees*
*Shell Exploration & Production Company*
*and Shell Trading Services Company*

*s/ David L. Wiley*

_____

David L. Wiley

## CERTIFICATE OF COMPLIANCE

### With Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

I certify that:

1.  This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 32(a)(7)(B). This motion contains 629 words. I relied on the word count function in Microsoft Word for Mac 2026 version 16.109.

2.  This brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and Fifth Circuit Rule 32.1 and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). This brief was prepared in a proportionally spaced typeface using Microsoft Word for Mac 2026 version 16.109 in 14-point Equity A typeface for the body and in 12-point Equity A typeface for footnotes. The cover page and headings include font size larger than 14-point. The cover page includes one instance of Old English Text MT for the name of this Court.

*s/ David L. Wiley*

David L. Wiley