# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 17, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-20090   Dedmon v. Shell Exploration
                USDC No. 4:21-CV-3371

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Melissa V. Mattingly, Deputy Clerk
        504-310-7719

Ms. Amy E. Gibson
Mr. David Linwayne Wiley
Mrs. Marlene C. Williams