# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

One Allen Center
500 Dallas Street, Suite 2100
Houston, TX 77002
Telephone:  713-655-0855
Facsimile:  713-655-0020
www.ogletree.com

Marlene C. Williams
(713) 655-5769
marlene.williams@ogletree.com

July 15, 2026

<u>Via CM/ECF</u>
Mr. Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, Louisiana 70130

RE:   *No. 26-20090; Robert Dedmon v. Shell Exploration & Production Company and Shell Trading Services Company*

Dear Mr. Cayce:

I write to request a level 1 extension of 26 days to file Appellees' Brief. Appellant Robert Dedmon is unopposed to the requested extension.

The current deadline to file Appellees' Brief is July 16, 2026.  The requested extended deadline to file Appellees' Brief is August 11, 2026. This is Appellees' first request for extension of time during this appeal.  Appellees request this extension because of various conflicts during the briefing period, including a brief absence of Appellees' lead counsel for a minor medical procedure, a planned absence of Appellees' lead counsel during the first week of July 2026, and Appellees' lead counsel's preparation during the briefing period for trials that were scheduled in other matters in Harris County, Texas and Jefferson County, Texas.

We appreciate your consideration and assistance with this matter.  Please let us know if you need any additional information from us. Thank you.

Sincerely,

Marlene C. Williams

Marlene C. Williams

MW:la

Atlanta ▪ Austin ▪ Baltimore ▪ Berlin ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Calgary ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Fresno ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ Lexington ▪ London ▪ Los Angeles ▪ Memphis ▪ Mexico City ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal ▪ Morristown ▪ Munich ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ St. Louis ▪ St. Thomas ▪ Stamford ▪ Tampa ▪ Toronto ▪ Torrance ▪ Washington, D.C.