# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 07, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-20090    Dedmon v. Shell Exploration
                 USDC No. 4:21-CV-3371

The court has granted an extension of time to and including August 28, 2026 for filing appellee's/respondent's brief in this case.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Melissa V. Mattingly, Deputy Clerk
    504-310-7719

Ms. Amy E. Gibson
Mr. Scott Robert McLaughlin
Mr. Ryan Joseph Swink
Mr. David Linwayne Wiley
Mrs. Marlene C. Williams