No. 26-20090

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

ROBERT DEDMON,
*Plaintiff – Appellant*

v.

SHELL EXPLORATION & PRODUCTION COMPANY
AND SHELL TRADING SERVICES COMPANY,
*Defendants – Appellees*

---

On Appeal from the United States District Court
for the Southern District of Texas
Civil Action No. 4:21-cv-03371

---

# UNOPPOSED MOTION OF APPELLEES SHELL EXPLORATION & PRODUCTION COMPANY AND SHELL TRADING SERVICES COMPANY TO FILE UNDER SEAL

---

Marlene C. Williams
Scott McLaughlin
Ryan Swink
Ogletree, Deakins, Nash,
Smoak & Stewart P.C.
One Allen Center
500 Dallas Street, Suite 2100
Houston, Texas 77002
713.655.0855 (Phone)
713.655.0020 (Fax)
marlene.williams@ogletree.com
***Attorneys for Defendants-Appellees***

**UNOPPOSED MOTION TO FILE UNDER SEAL**

1. The Court has already granted Appellant's request to file Appellant's brief and record excerpts under seal. Dkt. No. 36. Appellees Shell Exploration and Production Company and Shell Trading Services Company similarly seek to file under seal, or at least under temporary seal until the Court can further review the issue: (1) Brief of Appellees Shell Exploration and Production Company and Shell Trading Services Company and (2) Appellees' Record Excerpts.

2. Appellees request this relief in connection with the District Court's determination that certain information should be sealed (ROA.1526-1527) and so that this Court has an opportunity to review the information to confirm that the information should be sealed. As the District Court determined, the information relates to confidential settlement issues, including discussions with the mediator and the settlement amount, among other things. The information at issue is not suitable or proper for public disclosure because it involves protected settlement communications and issues surrounding the Parties' discussions regarding settlement. The information is also not discrete or subject to easy redaction in either Appellees' Brief or in the record excerpts because it involves information discussed throughout Appellees' Brief and the record excerpts, which would make redaction inefficient and negatively affect the presentation of facts and argument in a way that is detrimental to the issues presented to the Court.

3. Accordingly, Appellees respectfully request that the Court grant this request, including in conjunction with the order granting Appellant's request, and seal the Brief and related record excerpts (and at least temporarily so that the Court as the opportunity to review the information and evaluate the District Court's decision ordering the information sealed).

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.**

*/s/ Marlene C. Williams*

Marlene C. Williams
Scott McLaughlin
Ryan Swink
One Allen Center
500 Dallas Street, Suite 2100
Houston, Texas 77002
713.655.0855 (Phone)
713.655.0020 (Fax)
marlene.williams@ogletree.com
***Attorneys for Defendants-Appellees***

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Appellant's counsel concerning the relief requested in this motion and Appellant's counsel advised that they are unopposed.

*/s/ Marlene C. Williams*
Marlene C. Williams

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Appellees' Motion to File Under Seal has been served on all counsel of record via the Court's electronic filing system:

Amy Gibson
David Wiley
Gibson Wiley PLLC
1500 Jackson Street #109
Dallas, Texas 75201-4923

Amanda C. Hernandez
AH Law, PLLC
5718 Westheimer #1000
Houston, Texas 77057

*/s/ Marlene C. Williams*
Marlene C. Williams

# CERTIFICATE OF COMPLIANCE

## Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because the motion contains 272 words.

This brief also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in proportionally spaced typeface using Microsoft® Word for Microsoft 365 MSO in Times New Roman 14-point font.

DATED: August 28, 2026

*/s/ Marlene C. Williams*
Marlene C. Williams

**Attorney for Appellees**